AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
                      Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Alabama

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| DEONTA MARTEZ COLEY | ) | (WO) |
|  | ) | Case No.  2:16cr321-WKW-01 |
|  | ) | USM No.  16820-002 |
|  | ) | Atty. Christine Freeman |
|  | ) | Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

**\*\*\*DEFENDANT PLED NO CONTEST to VIOLATION # 3 of THE PETITION\*\*\***
**\*\*\*VIOLATIONS 1 and 2 DISMISSED on GOVERNMENT'S MOTION\*\*\***

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 3 | Defendant owned, possessed or have access to a firearm, ammunition destructive device, or dangerous weapon | 01/03/2023 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5757

Defendant's Year of Birth: 1993

City and State of Defendant's Residence:
Montgomery, AL

04/26/2023
Date of Imposition of Judgment

/s/ W. Keith Watkins
Signature of Judge

W. KEITH WATKINS, United States District Judge
Name and Title of Judge

05/01/2023
Date

Judgment — Page 2 of 2

DEFENDANT: DEONTA MARTEZ COLEY
CASE NUMBER: 2:16cr321-WKW-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

Nineteen (19) Months, with no term of supervised release to follow. This term of imprisonment is to run consecutively to any other sentence relevent to the conduct in this case. The TERM of Supervised Release imposed on August 31, 2021 is REVOKED.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL